**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re: Case Number: 8:26-bk-09429-RCT
Chapter: **13**

**JENNIFER ANN TROIANO**

______Debtor____ ________/

**OBJECTION TO CLAIM NUMBER 1**
**OF DEPARTMENT OF TREASURY-INTERNAL REVENUE SERVICE**

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

If you object to the relief requested in this paper you must file a response with the Clerk of Court at 801 N. Florida Avenue, Ste. 555, Tampa, FL 33602 [and, if the moving party is not represented by an attorney, mail a copy to the moving party at PO Box 66626, St. Pete Beach, FL 33736 within thirty (30) days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.

If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.

**You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response**

Debtor, by the undersigned Counsel, files this Objection to Claim Number 1 of Department of Treasury- Internal Revenue Service ("IRS") on the following grounds:

1. IRS filed Proof of Claim 1 in the amount of $236,376.02 ("Claim").

2. The Claim states that the liability is for the 2016 and 2017 tax years.

3. The income reported on the 2016 and 2017 Federal Income Tax Returns ("Returns") stems solely from Debtor's non-filing spouse.

4. Debtor was unemployed and earned zero income for the 2016 and 2017 tax years.

5. Debtor was unaware of non-filing spouse's unreported income on the Returns.

6. Debtor was unaware of any facts that would suggest an unallowable deduction or credit on the Returns.

7. Debtor was unaware of any facts that would suggest false deductions or inflated expenses on the Returns.

8. Debtor is not involved in the business, financial affairs or income pertaining to non-filing spouse, nor the household finances.

9. Debtor objects to the Claim, on the basis of "Innocent Spouse Relief".

**WHEREFORE**, Debtor prays that this Court sustain this Objection, thereby dis-allowing Claim 1.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Objection has been furnished via U.S. Mail to Internal Revenue Service, P. O. Box 7346, Philadelphia, PA 19101-7346; Internal Revenue Service, PO Box 7317, Philadelphia, PA 19101-7346; Internal Revenue Service, 127 International Dr., M/S 146, Franklin, TN 37067-1760, Attn: Geraldine Banks- Bankruptcy Specialist and to Kelly Remick - Ch. 13 Trustee, PO. Box 89948, Tampa, FL 33689-0416 on November 7, 2026.

/s/ Thomas A. Nanna

**THOMAS A. NANNA, ESQ. - FLA BAR NO. 45543**
THOMAS A. NANNA, P.A.
PO BOX 66626
ST. PETE BEACH, FL 33736
PHONE (813) 323-2395