**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re: Case Number: 8:26-bk-09429-RCT
Chapter: **13**

**JENNIFER ANN TROIANO**

______Debtor____________/

**OBJECTION TO CLAIM NUMBER 2**
**JPMORGAN CHASE BANK, N.A., s/b/m/t CHASE BANK USA, N.A.**

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

If you object to the relief requested in this paper you must file a response with the Clerk of Court at 801 N. Florida Avenue, Ste. 555, Tampa, FL 33602 [and, if the moving party is not represented by an attorney, mail a copy to the moving party at PO Box 66626, St. Pete Beach, FL 33736 within thirty (30) days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.

If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.

**You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response**

Debtor, by the undersigned Counsel, files this Objection to Claim Number 2 of JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A. (“Chase”) on the following grounds:

1. Chase filed Proof of Claim 2 in the amount of $23,848.02 (“Claim”).

2. The Claim states that the basis for the liability is from a credit card.

3. The Claim states that the “Total Claim Amount” of $23,848.02 was “Charged Off” on 12/31/2019.

4. The Claim states the “Date of Last Transaction” was 11/10/2018.

5. Debtor never made any payments to Chase on the debt set forth in the Claim.

6. Debtor objects to the Claim, on the basis that, the age of debt exceeds the Statute of Limitations term of 5 years.

**WHEREFORE**, Debtor prays that this Court sustain this Objection, thereby disallowing Claim 2.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Objection has been furnished via Certified Mail, Return Receipt Requested to: JP Morgan Chase Bank, N.A., 270 Park Avenue., New York, New York 10017, Attn: Chairman and CEO- Jamie Dimon and U.S. Mail to JPMorgan Chase Bank, N.A., c/o Bonial and Associates, P.C., PO Box 9013, Addison, TX 75001, Attn: Authorized Agent- Shelby Mashigian, JPMC c/o National Bankruptcy Services, LLC, PO Box 9013, Addison, TX 75001 and to Kelly Remick - Ch. 13 Trustee, PO. Box 89948, Tampa, FL 33689-0416 on November 7, 2026.

/s/ Thomas A. Nanna

**THOMAS A. NANNA, ESQ. - FLA BAR NO. 45543**
THOMAS A. NANNA, P.A.
PO BOX 66626
ST. PETE BEACH, FL 33736
PHONE (813) 323-2395