IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:
**JENNIFER ANN TROIANO**

DEBTOR
_________________________/

CHAPTER 13
**CASE NO. 8:26-bk-09429-RCT**

**DEBTOR'S RESPONSE TO US BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF BKPL-EG HOLDING TRUSTS'S MOTION FOR PROSPECTIVE RELIEF FROM THE AUTOMATIC STAY**

Debtor**, JENNIFER ANN TROIANO,** through the undersigned attorney, files this Debtor's Response to US Bank Trust National Association, as Trustee of BKPL-EG Holding Trust's ("Movant") Motion for Prospective Relief from the Automatic Stay (Docket No. 9) and states:

1. The instant case is Debtor's first and only bankruptcy filing and proposes to pay Movant's claim in full.

2. Debtor's non-filing spouse ("Spouse") paid $122,179.02 per Chapter 13 Standing Trustee's Final Report and Account ("Report") through Ch. 13 case (Case No. 8:25-bk-00845-CED) which was filed on February 11, 2025, confirmed on November 20, 2025 at $15,496.00 per month and subsequently dismissed on April 29, 2026. See Report attached as Exhibit "A".

3. Spouse's Ch. 13 case benefitted Movant since it received $39,216.10 as verified by the Report. See Exhibit "A".

4. Spouse's Ch. 13 case was confirmed as a 100% plan which included $231,086.85 in Unsecured debt, $134,550.00 in secured Federal Income Tax liability and, $2,648.21 in secured Home Owner Association arrears which will not be allowed claims in the instant case, thereby significantly reducing the amount necessary to pay through the Ch. 13 Plan.

5. Debtor and Spouse's intent and motive to save the homestead property are clear and obvious from the Report which indicates $122,179.02 was paid through the Spouse's case and a review of the more feasible Ch. 13 plan filed in the instant case.

6. The elimination of $368,268 of debt from the Spouse's Ch. 13 and subsequent Ch. 7 case will result in a feasible plan in the instant case, despite the alleged accrual in $50,000 of mortgage arrearages from the date of Movant's prior Proof of Claim dated March 19, 2025 to present date.

7. The current Ch. 13 Plan payment is $5,300 less than the confirmed payment in Spouse's case, thereby eliminating allegations of bad faith, unwarranted delay, improper motive, unrealistic expectations and non-feasibility.

8. Debtor has nearly secured employment and will be earn at least $4,000 per month, which further emphasizes feasibility of the current Ch. 13 Plan, while also confirms the good faith, realistic expectations and honest intentions of Debtor and non-filing spouse.

.

**WHEREFORE**, Debtor, respectfully requests that the Court enter an Order Denying Movant's Motion for Prospective Relief from the Automatic Stay, and granting such and further relief as is just and proper.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Response has been furnished electronically and via U.S. Mail to Kelly Remick- Ch. 13 Trustee, PO Box 89948, Tampa FL 33698, U.S. Trustee, 501 E. Polk St., Tampa, FL 33602 and Melbalynn Fisher, 10800 Biscayne Blvd. Ste. 201, Miami, FL 33161 on November 10th, 2026.

/s/ Thomas A. Nanna

______________________________

**THOMAS A. NANNA, ESQ.**
FLA. BAR NO. 45543
8910 N. DALE MABRY HWY., SUITE 1
TAMPA, FL 33614
PHONE (813) 935-8388

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**www.flmb.uscourts.gov**

| | |
|---|---|
| In re:<br>BRIAN PETER TROIANO<br><br>Debtor(s) | Case No. 8:25-bk-00845-CED<br>Chapter 13 |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Kelly Remick, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The Trustee declares as follows:

1) The case was filed on 02/11/2025.

2) The plan was confirmed on 11/20/2025.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The Trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 04/29/2026.

6) Number of months from filing or conversion to last payment: 13.

7) Number of months case was pending: 18.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $1,001.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

EXHIBIT "A"

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $122,179.02 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** **$122,179.02**

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $1,650.05 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $12,217.90 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$13,867.95**

Attorney fees paid and disclosed by debtor: $3,600.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ACSI | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ACSI | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ADVENT HEALTH | Unsecured | 4,450.00 | NA | NA | 0.00 | 0.00 |
| alliance one | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| Ally Bank | Secured | 51,450.00 | 51,119.96 | 0.00 | 0.00 | 0.00 |
| ALLY FINANCIAL, INC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERIFIRST HOME IMPROVEMENT I | Unsecured | 42,325.00 | NA | NA | 0.00 | 0.00 |
| arm | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ars national services | Unsecured | 9,000.00 | NA | NA | 0.00 | 0.00 |
| asset care | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| bay care | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| BAYCARE HEALTH | Unsecured | 750.00 | NA | NA | 0.00 | 0.00 |
| BayCare Medical Group | Unsecured | NA | 265.20 | 265.20 | 0.00 | 0.00 |
| Berkovitch & Bouskila, PLLC | Unsecured | 8,000.00 | NA | NA | 0.00 | 0.00 |
| bfg llc | Unsecured | 640.00 | NA | NA | 0.00 | 0.00 |
| BUSINESS CARD | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| caci | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| capio partners | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 7,452.00 | NA | NA | 0.00 | 0.00 |
| CARDMEMBER | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| cbe | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Chase | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| childrens medical | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| clearwater pathology | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK/VICTORIA SECRET | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CREDIT COLLECTION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| crown asset | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| dedicated ffinancial | Unsecured | 9,000.00 | NA | NA | 0.00 | 0.00 |
| Department of the Treasury | Priority | NA | 17,200.00 | NA | 0.00 | 0.00 |
| Department of the Treasury | Unsecured | NA | 140,983.03 | 140,983.03 | 0.00 | 0.00 |

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Department of the Treasury | Secured | 0.00 | 134,550.00 | 134,550.00 | 58,796.59 | 3,760.69 |
| Direct TV | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| DSNB BLOOMINGDALES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| elan financial | Unsecured | 9,800.00 | NA | NA | 0.00 | 0.00 |
| EMERGENCY MEDICAL | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| First National Bank of Omaha | Unsecured | 42,820.00 | 41,964.80 | 41,964.80 | 0.00 | 0.00 |
| Florida Hospital | Unsecured | 3,310.00 | NA | NA | 0.00 | 0.00 |
| FLORIDA HOSPITAL NEW SMYRNA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| florida sports ortho | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| GABA LAW CORP | Unsecured | 50,000.00 | NA | NA | 0.00 | 0.00 |
| GM FINANCIAL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GM FINANCIAL leasing | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GULF COAST COLL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Higher ED Loan Auth of MO | Unsecured | 12,295.00 | 0.00 | 12,381.25 | 0.00 | 0.00 |
| Holloway Funding | Secured | 0.00 | 8,350.00 | 8,350.00 | 3,645.23 | 299.50 |
| IC System | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| IDEAL COLL | Unsecured | 2,813.00 | NA | NA | 0.00 | 0.00 |
| JPMCB | Unsecured | 25,348.00 | NA | NA | 0.00 | 0.00 |
| JPMCB | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MANUEL GIALOUSIS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Medicredit | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| mitchell d bluhm | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL ENTERPRISE | Unsecured | 4,000.00 | NA | NA | 0.00 | 0.00 |
| navient | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NEWREZ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| nysc market | Unsecured | 4,000.00 | NA | NA | 0.00 | 0.00 |
| PNC BANK | Unsecured | 4,086.00 | NA | NA | 0.00 | 0.00 |
| portfolio | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| PROSPER | Unsecured | 10,000.00 | NA | NA | 0.00 | 0.00 |
| Quantum3 Group LLC | Unsecured | NA | 113.00 | 113.00 | 0.00 | 0.00 |
| RADIOLOGY SPEC OF FLA | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| RADIUS GLOBAL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| RENEW FINANCIAL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| RENEW FINANCIAL | Secured | 40,000.00 | NA | NA | 0.00 | 0.00 |
| richard radman | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| rocket loan | Unsecured | 13,000.00 | NA | NA | 0.00 | 0.00 |
| rocket loan | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| RocketLoans | Unsecured | 15,056.00 | 15,056.83 | 15,056.83 | 0.00 | 0.00 |
| SELECT PORTFOLIO SERVICING | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SLICE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| suncoast roofing solutions | Secured | 12,000.00 | NA | NA | 0.00 | 0.00 |
| Tampa Bay Radiology | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Tampa Bay Radiology | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| TOYOTA FINANCIAL SERVICES | Unsecured | 23,810.00 | NA | NA | 0.00 | 0.00 |
| TOYOTA FINANCIAL SERVICES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Toyota Motor Credit Corporation | Secured | 22,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TRANSWORLD SYSTEMS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| UBS BANK | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| UBS Bank USA | Unsecured | 19,039.00 | 20,322.74 | 20,322.74 | 0.00 | 0.00 |
| US Bank Trust National Association as Tru | Secured | 620,000.00 | 634,909.09 | 0.00 | 39,216.10 | 0.00 |
| US Bank Trust National Association as Tru | Secured | NA | 180,835.22 | 180,835.22 | 0.00 | 0.00 |
| US Bank Trust National Association as Tru | Secured | NA | 2,801.15 | 2,801.15 | 0.00 | 0.00 |
| US Bank Trust National Association as Tru | Secured | NA | 865.00 | 865.00 | 0.00 | 0.00 |
| usb bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Wells Fargo | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Wells Fargo | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO BANK NA | Unsecured | 16,726.00 | NA | NA | 0.00 | 0.00 |
| WEST PARK VILLAGE APTS | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| Westchase Community Association Inc | Secured | NA | 2,648.21 | 2,648.21 | 933.82 | 567.14 |
| Westchase Community Association Inc | Secured | 0.00 | 2,648.21 | 0.00 | 1,092.00 | 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Westchase Community Association Inc | Secured | NA | 78.00 | 78.00 | 0.00 | 0.00 |
| WF/PREFERRED | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $2,801.15 | $39,216.10 | $0.00 |
| Mortgage Arrearage | $180,835.22 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $146,491.21 | $64,467.64 | $4,627.33 |
| **TOTAL SECURED:** | **$330,127.58** | **$103,683.74** | **$4,627.33** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$231,086.85** | **$0.00** | **$0.00** |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration | $13,867.95 | |
| Disbursements to Creditors | $108,311.07 | |
| **TOTAL DISBURSEMENTS** : | | **$122,179.02** |

12) The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed. The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Dated: 08/20/2026 By: /s/ Kelly Remick

Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.