**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re: Case No. 8:26-bk-09429-RCT
Chapter 13

JENNIFER ANN TROIANO

Debtor.[1]
_________________________/

**TRUSTEE'S OBJECTION**
**CONCERNING CONFIRMATION OF THE PLAN**

TO: Clerk, United States Bankruptcy Court

Trustee's Recommendation to the Court. The Trustee cannot recommend confirmation of the Chapter 13 Plan at this time and objects to confirmation based on the following:

1. The Trustee requests the following additional documents, to be provided within twenty-one (21) days unless otherwise specified, to determine if the Debtor has dedicated all disposable income to the Plan and/or met the best interest of creditors test: updated profit and loss /pay advices to be provided two weeks in advance of any continued confirmation hearing.

2. According to Schedules I and J, it does not appear that the Debtor has sufficient disposable income to fund the proposed Plan as required by 11 U.S.C. §1325(a)(6). An amended budget must be filed which reports actual and not anticipated income.

3. The Plan does not appear to meet the best interest of creditor's test pursuant to 11 U.S.C. §1325(a)(4) because it appears the Plan does not pay unsecured creditors the value of what they would receive in a case under Chapter 7.

4. An Amended Plan must be filed because the Debtor cannot pay lien/property tax claims direct that are not current.

[1] All references to "Debtor" shall include and refer to both of Debtors in a case filed jointly by two individuals.

5. The Trustee reserves the right to request further information or raise further objections prior to or at the confirmation hearing.

I HEREBY CERTIFY that a true and correct copy of the Trustee's Objection Concerning Confirmation of the Plan was furnished electronically and/or by First Class U.S. Mail to JENNIFER A. TROIANO, 12191 W. Linebaugh Ave, PMB #512, Tampa, FL 33626; THOMAS A. NANNA, PO Box 66626, St. Pete Beach, FL 33736; and the U.S. TRUSTEE, 501 East Polk Street, Suite 1200, Tampa, Florida 33602, on this 17th day of November, 2026.

/s/ Lydia M. Gazda, Esquire
LYDIA M. GAZDA, ESQUIRE
Post Office Box 89948
Tampa, Florida 33689-0416
Phone (813) 658-1165
Facsimile (813) 658-1166
Florida Bar No. 0071842
Attorney for the Trustee

KR/LMG/jp