UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

11/18/2026 10:00 AM

COURTROOM 8A

HONORABLE ROBERTA COLTON

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **8:26-bk-09429-RCT** | **13** | **10/15/2026** |

**Chapter 13**

**DEBTOR:** JENNIFER TROIANO

**DEBTOR ATTY:** **Thomas Nanna**

**TRUSTEE:** **Kelly Remick**

**HEARING:**

Preliminary Hearing on Motion for Prospective Relief from Stay Re: 10119 Parley Drive, Tampa, FL 33626 Filed by Melbalynn Fisher on behalf of Creditor U.S. Bank Trust NA (Doc #9)
Response to Motion for Prospective Relief from Stay Filed by Thomas A Nanna on behalf of Debtor JENNIFER ANN TROIANO (related document(s)9) (Doc #19)
Note:
Confirmation Hearing 12/2/26 @ 9:30

**APPEARANCES:**: Thomas Nanna; Lydia Gazda; Melbalynn Fisher

**WITNESSES:**

**EVIDENCE:**

**RULING:** Preliminary Hearing on Motion for Prospective Relief from Stay Re: 10119 Parley Drive, Tampa, FL 33626 Filed by Melbalynn Fisher on behalf of Creditor U.S. Bank Trust NA (Doc #9) - DENIED WITHOUT PREJUDICE; ORDER BY FISHER

Response to Motion for Prospective Relief from Stay Filed by Thomas A Nanna on behalf of Debtor JENNIFER ANN TROIANO (related document(s)9) (Doc #19)
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.